UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 6, 2003

MEMORANDUM TO COUNSEL RE:

Fox v. JDN Realty Corporation
Civil No. AMD 02-3816

    I realize of course that the plaintiff's motion to remand is pending determination. Nevertheless, it seems to me prudent to require plaintiff to respond to the defendants' pending motion to stay or, in the alternative, to dismiss. Accordingly, plaintiff should do so on or before January 27, 2003.

    Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt