IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
**Northern Division**

| | | |
|---|---|---|
| **WILLIAM FOX,** | * | |
| Plaintiff, | * | |
| v. | * | **CIVIL NO. AMD-02-CV-3816** |
| **JDN REALTY CORP.**, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i), plaintiff, William Fox, dismisses this action without prejudice.

Date:  January 15, 2003

"APPROVED" THIS 16th DAY OF Jan , 2003

/s/ Andre M. Davis
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

/s/
John B. Isbister (Bar No. 00639)
James J. O'Neill III (Bar No. 25289)
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD  21202
(410) 752-9700
Fax: (410) 727-5460

Attorneys for Plaintiff
William Fox

Of Counsel:

Marc A. Topaz, Esquire
Gregory M. Castaldo, Esquire
Patricia C. Weiser, Esquire
Schiffrin & Barroway
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(410) 667-7706



## CERTIFICATE OF SERVICE

I certify that on this ___15th___ day of January 2003, copies of the foregoing Notice of Dismissal Without Prejudice, were served, by first-class mail, postage prepaid, to:

>David R. Weiser
>Kerri L. Ruttenberg
>King & Spalding
>1730 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006-4706

>Michael R. Smith
>John P. Brumbaugh
>B. Warren Pope
>King & Spalding
>191 Peachtree Street
>Atlanta, Georgia 30303-1763

_____
James J. O'Neill III